STATE of Missouri, Respondent,

v.

Traci BABER, Appellant.

Traci Lynne BABER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46247, WD 48201.

Missouri Court of Appeals,
Western District.

Oct. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Laura Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Consolidated appeal from a conviction of assault in the first degree, section 565.050,

RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).